JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | | |
|---|---|---|
| BRANDI D. CAMERON, | ) | Case No. 5:20-cv-01105-KK |
| Plaintiff, | ) ) ) | **JUDGMENT FOR VOLUTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | ) ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: 5/19/2021

THE HONORABLE KENLY KIYA KATO
U.S. DISTRICT COURT MAGISTRATE JUDGE

-1-